UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANICE ROBINSON, | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:15-CV-4-H** |
| V. | ) | |
| | ) | |
| DEPARTMENT OF THE NAVY, | ) | |
| RAYMOND MABUS, SECRETARY, | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss [DE #17] is GRANTED. All of plaintiff's claims are dismissed, and the clerk is directed to close this case.

**This Judgment Filed and Entered on September 1, 2016, and Copies To:**

Ernest J. Wright         (via CM/ECF Notice of Electronic Filing)

Roberto F. Ramirez       (via CM/ECF Notice of Electronic Filing)

DATE:                    JULIE RICHARDS JOHNSTON, CLERK

September 1, 2016        (By) /s/ Crystal Jenkins
                          Deputy Clerk